IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| DOUGLAS J DINSE, ) | |
| ) | |
| Plaintiff, ) | |
| vs. ) | Case No. CIV-11-0905-HE |
| ) | |
| CARLISLE FOODSERVICE ) | |
| PRODUCTS INCORPORATED, ) | |
| ) | |
| Defendant. ) | |

## JUDGMENT

The court has granted defendant's motion for summary judgment, and that order disposed of all of plaintiff's claims. Accordingly, judgment is hereby entered in favor of defendant Carlisle Foodservice Products Incorporated.

**IT IS SO ORDERED**.

Dated this 14th day of June, 2012.

_____
JOE HEATON
UNITED STATES DISTRICT JUDGE